**Electronically Filed
Supreme Court
SCWC-19-0000345
18-NOV-2019
10:42 AM**

SCWC-19-0000345

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KA'U SUNSHINE LLC, Respondent/Plaintiff-Appellee,

vs.

ANDERSON X. LINDSEY, Petitioner/Real Party In Interest-Appellant,

and

Unknown heirs or assigns of KAHAKU (k), KANAKALAUAI (w),
PAPALIMU (w), KAPANA (k), also known as W. KAPANA (k),
H. AKONA, MALAKINI (w), also known as MALAKINI APIKI (w) and
MALAKINI ENAENA (w), and ALL WHOM IT MAY CONCERN,
Respondent/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000345; CIV. NO. 17-1-358)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/real party in interest-appellant Anderson X. Lindsey's application for writ of certiorari, filed on October 7, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, November 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson